**FILED**

Feb 08 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ danielm   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '23 CR0209 TWR |
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASE** |
| ERICK VOSTOK BERNAL, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Erick Vostok Bernal, Case No. 21CR1817G-TWR, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

__X__ (2) Defendant is currently on probation/supervised release.

_____ (3) Defendant is charged with escape.

DATED: February 8, 2023.

_____ for
RANDY S. GROSSMAN
United States Attorney