# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>ERICK VOSTOK BERNAL,<br><br>            Defendant. | CASE NO.:  23-CR-0209-TWR<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Bernal's Motion Hearing/Trial Setting currently scheduled for June 16, 2023, be rescheduled to *July 14, 2023, at 1:30 p.m.*

It is further ordered that time be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B), that (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and/or (iii) failure to grant the continuance would unreasonably deny the parties continuity of counsel and would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**SO ORDERED.**

DATED: 6/14/2023

                                                HON. TODD W. ROBINSON
                                                United States District Court Judge